UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |
| -----------------------------------------------------X | 21-CV-9409 JPC |

FROM:   VITO GENNA, CLERK
          UNITED STATES BANKRUPTCY COURT
          SOUTHERN DISTRICT OF NEW YORK

TO:      RUBY J. KRAJICK, CLERK
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                       BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Johnny Hall
BANKRUPTCY DOCUMENT #: 9547

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

      _X_  FRBP 8009
      ___  Federal Rules of Civil Procedure (Rule _____)
      _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
      ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
            York.

Dated:  **June 23, 2022**                                      Vito Genna, Clerk
         New York, New York                        U.S. Bankruptcy Court, SDNY

                                                     By:    _s/ Anatin Rouzeau_
                                                                   Deputy Clerk

                                                                 *ORDER*

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____*June 23*_____ 20*22*
        New York, New York                           Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                  Ruby J. Krajick , Clerk
                                                                    District Court, SDNY

                                                                      By: _____
                                                                             Deputy Clerk